IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GARY PADGETT, | : | |
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 04-0784-WS-C |
| WILLIAM WHEAT, et al., | : | |
| Defendants. | : | |

# ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that plaintiff's motion to amend the complaint (Doc. 15) be and is hereby **DENIED**.

**DONE** and **ORDERED** this 27th day of December, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE