IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **GARY PADGETT,** | : |
| **Plaintiff,** | : |
| **vs.** | :    **CIVIL ACTION 04-0784-WS-C** |
| **WILLIAM WHEAT, et al.,** | : |
| **Defendants.** | : |

## **JUDGMENT**

It is **ORDERED, ADJUDGED, and DECREED** that plaintiff's motion to amend the complaint (Doc. 15) be and is hereby **DENIED**.

**DONE** and **ORDERED** this 27th day of December, 2006.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE