THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| GARY PADGETT, | : | |
|---|---|---|
| Plaintiff, | : | |
| vs. | : | CIVIL ACTION 04-0784-WS-C |
| WILLIAM WHEAT, et al., | : | |
| Defendants. | : | |

## **JUDGMENT**

It is **ORDERED, ADJUDGED,** and **DECREED** that the claims against defendant Jimmy Moss and defendant Daisy Sheet be and hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's order.

**DONE** and **ORDERED** this 27th day of December, 2006.

s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE