THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

GARY PADGETT, :

    Plaintiff, :

vs. : CIVIL ACTION 04-0784-WS-C

WILLIAM WHEAT, et al., :

    Defendants. :

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's Complaint be and is hereby **DISMISSED with prejudice**.

DONE this 30th day of July, 2007.

_____
s/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE