THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION


GARY PADGETT,                          :

        Plaintiff,                     :

vs.                                    :    CIVIL ACTION 04-0784-WS-C

WILLIAM WHEAT, et al.,                 :

        Defendants.                    :

## JUDGMENT


_____It is **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff's Complaint be and

is hereby **DISMISSED with prejudice**.

        DONE this 30th day of July, 2007.



                                    s/WILLIAM H. STEELE
                                    UNITED STATES DISTRICT JUDGE